UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 04-256 (JRT) |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BILLY LEE CROON, | ) | |
| | ) | |
| Defendant. | ) | |

Joseph Walbran, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Virginia Villa, Assistant Federal Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for defendant.

On June 6, 2005 the defendant appeared before the Court and admitted a violation of the terms of his supervised release. The Court seeks information on the defendant's mental condition before imposing sentence. There is substantial information that the defendant may be suffering from a mental disease or defect within the meaning of 18 U.S.C. § 4244.

Therefore, the Court, having considered defendant's past history and present circumstances, orders a hearing to determine whether the defendant may presently be suffering from such a disease or defect, for the treatment of which he is in need of custody for care or treatment in a suitable facility, pursuant to the authority of 18 U.S.C. §§ 4244 and 4247(b).

In preparation for this hearing, the Court orders that the defendant be committed to the custody of the Attorney General for placement in a suitable facility for a period of 30 days in which time a psychological and/or psychiatric evaluation may be completed. Upon completion of this evaluation, the Court directs that a report be submitted to the Court pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c).

If the report includes an opinion by the examiners that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a prison or other secure facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

The Court requests the Bureau of Prisons to designate an appropriate facility for the purpose of completing this evaluation and that the United States Marshal Service provide transportation to the designated facility in an expeditious manner.

The Court will continue sentencing upon the admitted Supervised Release violation pending receipt of the report regarding Defendant's present mental condition.

Dated: June 10, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim<br>JOHN R. TUNHEIM<br>United States District Judge